1  Name: Ryan ABAIR

2  Address: 23967 Gunjone

3  Apple Valley, CA, 92307

4  Phone: 442.230-9438

5  Plaintiff In Pro Per

FILED
CLERK, U.S. DISTRICT COURT

MAY 3 1 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

FEE DUE

B/O
N/S

6

7                **UNITED STATES DISTRICT COURT**

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                                    E D C V 2 4 - 0 1 1 5 4 -JFW-AJRx

10  Ryan ABAIR                ,    Case No.:

                                      (To be supplied by the Clerk)

11       **PLAINTIFF,**              **COMPLAINT FOR:**

12       **vs.**                     INTELLECTUAL PROPERTY

13  FASHION NOVA                     Theft

14

15

16

17                                ) **Jury Trial Demanded**

18       **DEFENDANT(S).**

19

20

21               **I. JURISDICTION**

22    1. This Court has jurisdiction under _____

23

24

25

26

27

28

Pro Se Clinic Form              *Page Number*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## V. <u>CAUSES OF ACTION</u>

### <u>FIRST CAUSE OF ACTION</u>

( SUE, COLLECT DAMAGES )

*insert title of cause of action*

**(As against Defendant(s):** FASHION NOVA

)

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                         *Page Number*

## IV. STATEMENT OF FACTS

*Insert ¶ #* COMPANY STOLE DESIGNS, SOLD THEM
REFUSED TO COMPENSATE ME FOR MY
WORK

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

## II. VENUE

2. Venue is proper pursuant to COLLECT DAMAGES IN INTELLECTUAL PROPERTY

## III. PARTIES

3.  Plaintiff's name is RYAN ABAIR . Plaintiff resides at: 23967 WAYJUNE ROAD APPLE VALLEY CA, 92307

4. Defendant FASHION NOVA

5. Defendant

1
2

## VII. <u>DEMAND FOR JURY TRIAL</u>

3
4

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

5
6
7

Dated: 5/31/24

8
9
10

*Sign:* Ryan Abbiz

11

*Print Name:* Ryan Abbiq

12

Plaintiff in pro per

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28