

FILED
CLERK, U.S. DISTRICT COURT

MAY 31 2024

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Ryan ABAiR

PLAINTIFF/PETITIONER,

v.

FASHION NOVA
~~SHEIN~~

DEFENDANT(S).

CASE NUMBER

EDCV24-01154-JFW-AJRx

**REQUEST TO PROCEED**
**IN FORMA PAUPERIS WITH**
**DECLARATION IN SUPPORT**

I, Ryan ABair, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☐Yes ☒No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?    ☐Yes ☒No
    b. Rent payments, interest or dividends?                ☐Yes ☒No
    c. Pensions, annuities or life insurance payments?     ☐Yes ☒No
    d. Gifts or inheritances?                               ☐Yes ☒No
    e. Any other income (other than listed above)?         ☐Yes ☒No
    f. Loans?                                               ☐Yes ☒No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: _____

---

**REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**
CV-60 (04/06)                                                                                Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.)  ☐Yes  ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐Yes  ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return?  N/A _____

   Approximately how much income did your last tax return reflect? _____

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:  N/A

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

_____California_____            _____Riverside_____
              State                                              County (or City)

I, _____Ryan Ablee_____, declare under penalty of perjury that the foregoing is true and correct.

_____5/31/04_____            _____Ryan Abbite_____
              Date                                      Plaintiff/Petitioner (Signature)