Copyright Infringement

5: 2024 cv 01154



UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☒ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| RYAN ABAR | FASHION NOVA |

| (b) County of Residence of First Listed Plaintiff RIVERSIDE *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant LOS ANGELES *(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| Pro Se | N/A |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multidistrict Litigation - Transfer

☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $ 450,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Copyright, Intellectual Property Theft

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 151 Medicare Act | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | **SOCIAL SECURITY** |
| ☐ 460 Deportation | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 480 Consumer Credit | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 485 Telephone Consumer Protection Act | ☐ 160 Stockholders' Suits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 896 Arbitration | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | | |
|---|---|---|---|
| CV-71 (04/24) | CIVIL COVER SHEET | Page 1 of 3 | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? ☐ Yes ☒ No<br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? ☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? ☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☒ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.** Orange County | **B.** Riverside or San Bernardino County | **C.** Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☒ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☒ Yes ☐ No | ☐ Yes ☐ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of **plaintiffs** or **defendants** in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?    ☑ NO    ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?    ☑ NO    ☐ YES

If yes, list case number(s): _____

If yes, you must file a Notice of Related Case, as set forth in the Local Rules.

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. STATEWIDE OR NATIONWIDE RELIEF**: Does this case seek to bar or mandate enforcement of a state or federal law and seek declaratory or injunctive relief on a statewide or nationwide basis?    ☐ NO    ☑ YES

**XI. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** Ryan Abrir    DATE: 8·16·24

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

1
2

## II. VENUE

3    2. Venue is proper pursuant to Collect damages for
4 intellectual property. Copyright. Selling
5 merchandise without my consent or
6 Knowledge.
7

8
9

## III. PARTIES

10
11
12    3.    Plaintiff's name is Ryan ABnie            . Plaintiff resides
13    at: _____
14    _____
15    _____
16    _____
17
18    4.  Defendant FASHION NOVA
19    _____
20    _____
21    _____
22    _____
23
24    5.  Defendant _____
25    _____
26    _____
27    _____
28    _____

## IV. STATEMENT OF FACTS

1

2

3   *Insert ¶ #*. I am asking for help. Compelled

4 to address an egregious violation of my

5 intellectual property rights. What began as

6 a passionate endeavor in my field has

7 devoted into a distressing battle against

8 organized crime, individuals, major retailers,

9 and a system of predatory sabotage that

10 has left me cornered into silence.

11

12   *Insert ¶ #*. My work has been reproduced,

13 broken up into pieces, sold individually,

14 and uploaded onto merchandise without my

15 knowledge or consent. This exploitation has

16 caused significant harm to my economic well-

17 being and has left a detrimental impact

18 on my livelihood. Fashion Nova is one of

19 the many malicious actors involved.

20

21   *Insert ¶ #*. I was explicit in my terms, making it

22 clear that my images were not to be reproduced,

23 resold, not for fair use, or inspirational purposes.

24 I've placed copyright symbol, and hashtag #stopittheft

25 I've even asked them. Yet my pleas have been

26 met with alarming disregard. It actually got

27 worse the more I begged them to stop.

28

Pro Se Clinic Form                    *Page Number*

_Insert ¶ #_ . I have reached out to law enforcement and legal entities, only to be met with indifference, or inaction. I've contacted IC3, FBi, crime stoppers, stopfakes, I've made police reports, also I've contacted "Pro bono" intellectual property lawyers, Homeland security you name it. Still... nothing. which has left me no choice but to seek justice by myself.

_Insert ¶ #_ . It appears that there is a systematic effort to make sure they get away with their organized crime. This level of Condescension and callous indifference reveals an agenda that seeks to inflict mental anguish, provoke overwhelming confusion and ultimately undermine my ability to fight back. Which is why I've been documenting and monitoring Everything.

_Insert ¶ #_ . They relish on people not having the means, power, or knowledge so they can economically deprive, and capitalize on those like myself. Its insulting, and dehumanizing. Equal to a new form of slavery. I'm seeking assistance in mediating this dispute. Thanks.

1

2

## V. <u>CAUSES OF ACTION</u>

3

4

### <u>FIRST CAUSE OF ACTION</u>

5

6     (Rightfully be compensated for intellectual property
       *insert title of cause of action*

7     (As against Defendant(s): ~~FASHION~~ NOVA

8     _____ )

9

10    ___ : under the copyright act, a copyright
      *Insert ¶ #*

11    owner has the exclusive rights to reproduce, adapt,

12    distribute, publicly perform, and publicly display

13    the work. Default rule is that creators own the

14    copyrights as soon as they create them.

15

16    ___ : There is no longer a time limit as long
      *Insert ¶ #*

17    as you seek justice in a timely matter. If the

18    infringement is willful 150,000 dollars per work

19    infringed. Also enhanced damages up to 3 times the

20    amount. If court is willing for egregious behavior.

21

22

23    ___ : I am seeking 150,000 dollars for the
      *Insert ¶ #*

24    merchandise they sold without permission. Permission

25    they clearly knew they did not have. Also, seeking

26    enhanced damages due to their organized, criminal,

27    predatory enterprise. Im asking for $450,000 dollars

28    in rightful compensation.

## SECOND CAUSE OF ACTION

( Waive Financial Fees - Filling etc.    )

*insert title of cause of action*

(As against Defendant(s): FASHION NOVA

_____ )

_____. *Insert ¶ #* My circumstances have been exacerbated by a catastrophic incident at Home Depot, where I sustained a severe cervical spine injury. I currently cannot work, I do not recieve disabilty, or loans.

_____. *Insert ¶ #* Due to injury my friends and family try to assist me when they can. I currently stay with friends. And with the financial assistance that they have helped me with is under an understanding to reimburse when case settles, or get back on my feet.

_____. *Insert ¶ #* With injury, no law enforcement, pro bono legal assitance the burden of legal fees - amidst this expansive intellectual property theft makes seeking justice a uphill battle. Which is why I'm asking for fees to be waived.

## THIRD CAUSE OF ACTION

( Default Judgment )
*insert title of cause of action*

**(As against Defendant(s):** Fashion Nova )

___. *Insert ¶ #* their refusal to respond and defend themselves against my cease and desist, pleas for them to stop against my claims is a clear admission of guilt. Default Judgment a legal avenue to secure justice I deserve. Also a way to end the run around, and resolve this matter. If they dont respond again.

___. *Insert ¶ #* By the way I have all evidence of communication, which I will gladly hand over. Also I have all the information with me constantly contacting them to dispute the problem. Which was met with total disregard.

___. *Insert ¶ #* I've uploaded everything onto a dropbox timestamps on everything

Pro Se Clinic Form                    *Page Number*





WAS FLIPPED
OVER and
reproduced.









membersonly.com
Free 2nd day air shipping for orders over $50. Certain restrictions apply. Not valid on final sale items. Same day shipping for all orders received by 2 p.m. EST (Mon-Fri).

**MEMBERS ONLY**

NEW ARRIVALS   MEN   WOMEN   KIDS   LOUNGE/SLEEPWEAR   SCRUBS   ACCESSORIES   CLEARANCE   GIFT CARD

## Basquiat Collaboration

*was remaxed (*
*After Sold to beat*
*infrigement.*

We are sorry, there are no products in this collection

## For Latest Products & Offers

Email Address

SIGN UP









6:56 PM Mon Aug 19 72%

intellectual property Cancel

All Mailboxes | Current Mailbox

property " Someone from our cu...

**Carbon Law Group P...** 9/18/23
[##925##] Your ticket has been...
...and subject "Intellectual Property Theft a Few Examples...

**Carbon Law Group P...** 9/18/23
[##924##] Your ticket has been...
...and subject "Intellectual Property Theft a Few Examples...

**Picsart & Emma (P...** 9/8/23
Request #2535668: How would...
...It violates intellectual property rights".

**Sebastian Gibson** 9/7/23
Re: Art Law
...Severe blatant intellectual [illegible] and art theft Sent from...

**UK, Enquiries** 9/6/23
RE: Withersworldwide UK e...
...regarding our intellectual property and art theft services,...

Edit

Found in Inbox

**Enquiries UK** 9/6/23
To: art.music1@icloud.com >

## RE: Withersworldwide UK enquiry submission

Dear Ryan

Thank you for contacting Withers regarding our intellectual property and art theft services, both of which we are able to assist with.

So that I can pass your query to the most relevant member of our team and check for any potential conflicts, I should be grateful if you would please let me have some preliminary information:

- Your full name, date of birth, address and contact details,
- Further details regarding the art theft

The firm's charges are calculated on a time cost basis and an initial consultation will cost in the region of £750 + VAT, depending on the length of the meeting.

I look forward to hearing from you with the above information and I can then ask one of our partners to contact you to take matters forward.

Kind regards

Isabelle

Isabelle Moore
Marketing & Business Development Executive

**Found in Inbox**

**Enquiries UK**
To: art.music1@icloud.com
9/6/23

### RE: Withersworldwide UK enquiry submission

Dear Ryan

Thank you for contacting Withers regarding our intellectual property and art theft services, both of which we are able to assist with.

So that I can pass your query to the most relevant member of our team and check for any potential conflicts, I should be grateful if you would please let me have some preliminary information:

- Your full name, date of birth, address and contact details;

- Further details regarding the art theft

The firm's charges are calculated on a time cost basis and an initial consultation will cost in the region of £750 + VAT, depending on the length of the meeting.

I look forward to hearing from you with the above information and I can then ask one of our partners to contact you to take matters forward.

Kind regards

Isabelle

Isabelle Moore
Marketing & Business Development Executive



6:57 PM  Mon Aug 19                                                                        72%

🔍 intellectual property  ✕  Cancel

| All Mailboxes | Current Mailbox |

Found in Inbox

**News Tip Receipt**
...individuals regarding **intellectual
property** theft. These brands inc...

**EU**  **Enquiries UK**                    9/6/23
To: art.music1@icloud.com >

**Lawyer Referrals**    11/17/23
CLA Financial Screening Applica...
Formstack Submission For: CLA
Financial Screening Application...

## RE: Withersworldwide UK enquiry submission

**NoReply@wipo.int**    11/9/23
WIPO Contact Form: Copyright...
Thank you for contacting us. Your
question has been received and...

Dear Ryan

Thank you for contacting Withers regarding our intellectual property and art theft services, both of which we are able to assist with.

**Artmajeur**    11/7/23
**Intellectual property**
Hello, Thank you for contacting
Artmajeur, we pay the greatest a...

So that I can pass your query to the most relevant member of our team and check for any potential conflicts, I should be grateful if you would please let me have some preliminary information:

• Your full name, date of birth, address and contact details;

● **Andrew Rapacke**    11/3/23
The reviews are in...
...their valuable **intellectual
property** assets. Here's what th...

• Further details regarding the art theft

The firm's charges are calculated on a time cost basis and an initial consultation will cost in the region of £750 + VAT, depending on the length of the meeting.

**The Rapacke Law Gr...**    11/2/23
Re: Our Upcoming Call
...their valuable **intellectual**

I look forward to hearing from you with the above information and I can then ask one of our partners to contact you to take matters forward.

Kind regards

Isabelle

Edit

Isabelle Moore
Marketing & Business Development Executive



Picsart



— This Site removed
   the content











## FOURTH CAUSE OF ACTION

(Representation                                              )

*insert title of cause of action*

**(As against Defendant(s):** FASHION NOVA

_____ )

_Insert ¶ #_ If copyright registration, and direct communication seems undeamable, I would like an attorney. Ie contacted all the pro-bono help. Still nothing. No help, no justice. No peace.

_Insert ¶ #_

_Insert ¶ #_

Pro Se Clinic Form                     *Page Number*

1

2

## VI. <u>REQUEST FOR RELIEF</u>

3

4    WHEREFORE, the Plaintiff requests:

5

6    _Insert ¶ #_ : Filling Fees, Legal Fees,

7

8

9

10

11

12   _Insert ¶ #_

13

14

15

16

17   _Insert ¶ #_

18

19

20

21

22   _Insert ¶ #_

23

24

25

26

27

28

Pro Se Clinic Form                          *Page Number*

Ryan Abair
23967649, omeRd
APPle VAlley,, CA 92307

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, California 90012

CERTIFIED MAIL

9589 0710 5270 2262 8052 39




RDC 99

Retail

U.S. POSTAGE PAID
FCM LG ENV
APPLE VALLEY, CA 92307
SEP 04, 2024

90012

$11.82

S2322W501225-56

SEP - 9 2024