CIV-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO: | FOR COURT USE ONLY |
|---|---|---|
| NAME: RYAN ABAIR | | |
| FIRM NAME: | | FILED |
| STREET ADDRESS: 23967 GUAJOME ROAD | | CLERK, U.S. DISTRICT COURT |
| CITY: APPLE VALLEY  STATE: CA  ZIP CODE: 92307 | | DEC 3 0 2024 |
| TELEPHONE NO.: (442)230-9438  FAX NO.: | | CENTRAL DISTRICT OF CALIFORNIA |
| E-MAIL ADDRESS: | | BY _____ DEPUTY |
| ATTORNEY FOR (name): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 255 East Temple Street, Room 180
MAILING ADDRESS: Los Angeles, CA, 90012
BRANCH NAME: Civil

Plaintiff/Petitioner: RYAN ABAIR
Defendant/Respondent: FASHION NOVA

| REQUEST FOR (Application) | [x] Entry of Default  [x] Clerk's Judgment | CASE NUMBER: |
|---|---|---|
| | [x] Court Judgment | 5:24cv1154-JFW(AJRx) |

**Not for use in actions under the Fair Debt Buying Practices Act (Civ. Code, § 1788.50 et seq.); (see form CIV-105)**

1. TO THE CLERK: On the complaint or cross-complaint filed
   a. on (date): 12/26/24
   b. by (name): RYAN ABAIR
   c. [ ] Enter default of defendant (names): FASHION NOVA

   d. [x] I request a court judgment under Code of Civil Procedure sections 585(b), 585(c), 989, etc., against defendant (names):

   (Testimony required. Apply to the clerk for a hearing date, unless the court will enter a judgment on an affidavit under Code Civ. Proc., § 585(d).)

   e. [ ] Enter clerk's judgment
      (1) [ ] for restitution of the premises only and issue a writ of execution on the judgment. Code of Civil Procedure section 1174(c) does not apply. (Code Civ. Proc., § 1169.)
         [ ] Include in the judgment all tenants, subtenants, named claimants, and other occupants of the premises. The Prejudgment Claim of Right to Possession was served in compliance with Code of Civil Procedure section 415.46.
      (2) [ ] under Code of Civil Procedure section 585(a). (Complete the declaration under Code Civ. Proc., § 585.5 on the reverse (item 5).)
      (3) [ ] for default previously entered on (date):

2. Judgment to be entered.

| | Amount | Credits acknowledged | Balance |
|---|---|---|---|
| a. Demand of complaint | $ 2,500,000 | $ | $ 2,500,000 |
| b. Statement of damages* | | | |
| (1) Special | $ | $ | $ |
| (2) General | $ | $ | $ |
| c. Interest | $ | $ | $ |
| d. Costs (see reverse) | $ | $ | $ |
| e. Attorney fees | $ | $ | $ |
| f. TOTALS | $ | $ | $ |

   g. Daily damages were demanded in complaint at the rate of: $ _____ per day beginning (date):
   (* Personal injury or wrongful death actions; Code Civ. Proc., § 425.11.)

3. [ ] (Check if filed in an unlawful detainer case.) **Legal document assistant or unlawful detainer assistant** information is on the reverse (complete item 4).

Date:

RYAN ABAIR  ► [signature]
(TYPE OR PRINT NAME)  (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

| FOR COURT USE ONLY | (1) [ ] Default entered as requested on (date): |
| | (2) [ ] Default NOT entered as requested (state reason): |
| | Clerk, by _____, Deputy |

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California
CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Code of Civil Procedure, §§ 585–587, 1169
www.courts.ca.gov

CIV-100

| Plaintiff/Petitioner: RYAN ABAIR | CASE NUMBER: |
| Defendant/Respondent: FASHION NOVA | 5:24 CV 1154 |

4. **Legal document assistant or unlawful detainer assistant (Bus. & Prof. Code, § 6400 et seq.).** A legal document assistant or unlawful detainer assistant ☐ did ☒ did **not** for compensation give advice or assistance with this form. If declarant has received **any** help or advice for pay from a legal document assistant or unlawful detainer assistant, state:

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone no.:
    d. County of registration:
    e. Registration no.:
    f. Expires on (date):

5. ☐ **Declaration under Code Civ. Proc., § 585.5** (for entry of default under Code Civ. Proc., § 585(a)). This action

    a. ☐ is ☒ is not on a contract or installment sale for goods or services subject to Civ. Code, § 1801 et seq. (Unruh Act).
    b. ☐ is ☒ is not on a conditional sales contract subject to Civ. Code, § 2981 et seq. (Rees-Levering Motor Vehicle Sales and Finance Act).
    c. ☐ is ☒ is not on an obligation for goods, services, loans, or extensions of credit subject to Code Civ. Proc., § 395(b).

6. **Declaration of mailing (Code Civ. Proc., § 587).** A copy of this *Request for Entry of Default* was

    a. ☐ **not mailed** to the following defendants, whose addresses are unknown to plaintiff or plaintiff's attorney (names):

    b. ☒ **mailed** first-class, postage prepaid, in a sealed envelope addressed to each defendant's attorney of record or, if none, to each defendant's last known address as follows:

    (1) Mailed on (date): 12/26/24
    (2) To (specify names and addresses shown on the envelopes):
    FASHION NOVA
    2801 E 46TH ST
    VERNON, CA 90058

I declare under penalty of perjury under the laws of the State of California that the foregoing items 4, 5, and 6 are true and correct.

Date: 12/26/24

RYAN ABAIR
(TYPE OR PRINT NAME)

▶ /s/ Ryan Abair
(SIGNATURE OF DECLARANT)

7. **Memorandum of costs** (required if money judgment requested). Costs and disbursements are as follows (Code Civ. Proc., § 1033.5):

    a. Clerk's filing fees ................ $
    b. Process server's fees ............ $
    c. Other (specify): .................. $
    d. ................................... $
    e. **TOTAL** .......................... $ 2,500,000
    f. ☒ Costs and disbursements are waived.
    g. I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 7 is true and correct.

Date: 12/26/24

RYAN ABAIR
(TYPE OR PRINT NAME)

▶ /s/ Ryan Abair
(SIGNATURE OF DECLARANT)

CIV-100

| | |
|---|---|
| Plaintiff/Petitioner: RYAN ABAIR | CASE NUMBER: 5:24cv1154 |
| Defendant/Respondent: FASHION NOVA | |

8. **Declaration of nonmilitary status** *(required for a judgment).*
No defendant/respondent named in item 1c is in the military service of the United States as defined by either the Servicemembers Civil Relief Act (see 50 U.S.C. § 3911(2)) or California Military and Veterans Code sections 400 and 402(f).

I know that no defendant/respondent named in item 1c is in the U.S. military service because *(check all that apply):*

a. [x] the search results that I received from *https://scra.dmdc.osd.mil/* say the defendant/respondent is not in the U.S. military service.
b. [ ] I am in regular communication with the defendant/respondent and know that they are not in the U.S. military service.
c. [ ] I recently contacted the defendant/respondent, and they told me that they are not in the U.S. military service.
d. [ ] I know that the defendant/respondent was discharged from U.S. military service on or about *(date):*
e. [ ] the defendant/respondent is not eligible to serve in the U.S. military because they are:
   [ ] incarcerated  [x] a business entity
f. [ ] other *(specify):*

> **Note**
> - U.S. military status can be checked online at *https://scra.dmdc.osd.mil/*.
> - If the defendant/respondent is in the military service, or their military status is unknown, the defendant/respondent is entitled to certain rights and protections under federal and state law before a default judgment can be entered.
> - For more information, see *https://selfhelp.courts.ca.gov/military-defaults*.

I declare under penalty of perjury under the laws of the State of California that the foregoing item 8 is true and correct.

Date: 12/26/24

RYAN ABAIR
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF DECLARANT)

CIV-100 [Rev. January 1, 2023]

**REQUEST FOR ENTRY OF DEFAULT**
(Application to Enter Default)

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

⌂ UPLOAD ANOTHER IMAGE



Metadata takes **648 Bytes (0.3%)** of this image and may include sensitive info. To protect your privacy, download this image without metadata by clicking the button below.

⌂ REMOVE METADATA

 Image metadata

Name
9F48769D-2B09-4DE4-AFAA-1B1434ED4721.jpeg

File size
167 KB (170340 bytes)

File type
JPEG

MIME type
image/jpeg

Image size
1440 x 1440 (2.1 megapixels)

Color space
sRGB

Created 
April 04, 2023 22:06







Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000

# U.S. Copyright Office Receipt

**Deposit Copy Shipping Slip for Deposit Copies Sent to Accompany an Electronically Submitted Application**

| | |
|---|---|
| **Case / SR#:** | 1-14186954474 |
| **Case Date:** | 8/25/2024 |
| **Title:** | Artwork placed on apparel which can aso be in tangible form. Material Media Artworks. Unique yet sim |
| **Vol/Num/Issue:** | *Filled out when I sent* |
| **Month/Year:** | *it off.* |
| **Applicant's Internal Tracking:** | |

**Materials Submitted:**

| Quantity | Format |
|---|---|
| *Filled out when I sent this off. This one was filled independently. I haven't gotten anything in the mail or email.* | |

**Instructions for Sending Deposit Copies**

I.   Attach this shipping slip securely to the deposit copy or copies for this work.
II.  Mail the deposit copy or copies within 30 days of the case date listed above.

**Please Mail To:**
U.S. Copyright Office - Materials Control and Analysis Division - VA
101 Independence Avenue SE
Washington, DC 20540

**Standard**

# U.S. Copyright Office Application - 1-14398188071 R.A 23-24 art, apparel, misc goods. and 1 Other Unpublished Works

Dear Ryan Abair:

The U.S. Copyright Office has completed its review of your claim. Our registration decision is set forth in the attached .pdf.

The attached .pdf constitutes "written" notice per 37 C.F.R. § 202.5(b)(4) and 17 U.S.C. § 410(b).

Instructions for responding to the Office's registration decision are provided in the attached .pdf. All responses should be sent according to these instructions. Do not reply to this email.

Questions about this process should be directed to the Public Information Office at 1 (877) 476-0778.

Sincerely,

Elizabeth Stringer
Copyright Examiner
Visual Arts Division
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-6MCHC5G]

# Litigation Statement · Form LS

United States Copyright Office, Certifications and Documents Section

Request for Reproduction of Copies, Phonorecords, or Identifying Material Deposited in Connection with Copyright Registration

## BASIC INSTRUCTIONS

This form *must* be used to request copies of copyright deposits pursuant to 37 CFR §201.2(d)(2)(ii). This form *must* contain a signature and *all* information requested in order for the Office to process the request. A separate Form LS must be used for each work requested. The person who picks up copies must present photo identification.

**WARNING:** Material requested *must only* be used for specific litigation noted.

---

Pursuant to 17 USC §706(b) and 37 CFR §201.2(d)(2)(ii), please make a copy of the deposit described below.

Registration number ▼         Effective date of registration ▼
1-14398188071

Title and description of this work:

R.A 23-24 art, apparel, misc goods. and 1 Other Unpublished Works

The copy of this material should be:

[X] Uncertified   [ ] Certified (additional fee applies)   [X] Expedited (additional fee applies)

The copy of this material is to be used for the following actual or prospective litigation:

Name of client: RYAN ABAIR
Address: 23967 GUAJOME ROAD
City: APPLE VALLEY          State: CA   Zip: 92307
Phone: (442) 230-9438   Fax: (   )          Email: Art.music1@icloud.com

Client is (or may become): ▼                Name(s) of other party/parties: ▼
[X] Plaintiff   [ ] Defendant               PLEASE SEE ATTACHMENT

Nature of the controversy: ▼                Name of court if proceedings have been instituted: ▼
ORGANIZED CRIME                             SUPERIOR COURT OF CALIFORNIA RIVERSIDE

COPYRIGHT INFRINGEMENT OVER 1k INFRINGEMENTS   Docket number: _____

TRADE SECRETS                                  Caption: _____

INTELLECTUAL PROPERTY THEFT

---

If litigation is prospective, please give a full statement of the facts surrounding the controversy (attach additional sheets if necessary). Attach any letter or other document that supports your claim that litigation may be instituted.

It would cost me 105k or 2.4 million dollars for protection of my work. As I have various material including art, apparel, home goods, and other misc products also I make thousands a week unfortunately is financially impossible for me. Every last piece has been stolen. I'm tired of individuals and companies selling my work without compensation. Which is why it's has gotten so egregious and rampant.

---

MORE ON BACK  · Complete all applicable spaces (number 3) on the reverse side of this page.
              · Read all information and sign number 4.

DO NOT WRITE HERE
Page 1 of _____ pages

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Los Angeles

OFFICIAL USE

Certified Mail Fee  $4.8[...]
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark Here
0307 04

Postage  $0.73
$
Total Postage and Fees
$ $9.68

APPLE VALLEY POST OFFICE
DEC 26 2024
12/26/2024
92307-92308 USPS

Sent To
_____
Street and Apt. No., or PO Box No.
_____
City, State, ZIP+4®
_____

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 2422 8215 67

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RYAN ABAIR JR FASTION WAY
was received by me on *(date)* 12-26-2024.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* FASTION WAY , who is designated by law to accept service of process on behalf of *(name of organization)* U.S POSTAL SERVICE CERTIFIED MAIL on *(date)* 12/26/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/26/24

Server's signature

Patrick Rock   myself
Printed name and title

23967 Aajome Rd Apple Valley, CA 92307
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| RYAN ABAIR <br> *Plaintiff(s)* <br> v. <br> FASHION NOVA <br> *Defendant(s)* | Civil Action No. <br> 5:24cv1154 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

FASHION NOVA

2801 E 46th St, Vernon, CA 90058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   FASHION NOVA

PLEASE RESPOND THROUGH

~~SUPERIOR COURT OF CALIFORNIA COUNTY OF RIVERSIDE~~
~~4050 MAIN STREET~~
~~RIVERSIDE, CA 92501~~  / 255 East Temple Street, Room 180
Los Angeles, California 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/21/2024                                              _____
                                                              *Signature of Clerk or Deputy Clerk*






Envelope addressed to:

RYAN Adair
39676 Bajomero RD
Apple Valley CA 92307
ROOM # 180

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street Room 180
Los Angeles, California 90012

CERTIFIED MAIL
9589 0710 5270 0026 0625 22

Retail — U.S. POSTAGE PAID
FCM LG ENV
APPLE VALLEY, CA 92307
DEC 26, 2024
$10.99
RDC 99   S2322W501225-19

RECEIVED CLERK, U.S. DISTRICT COURT DEC 30 2024 CENTRAL DISTRICT OF CA

ROOM # 180

